IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RHONDA M. COUCH,

        Plaintiff,

vs.                                        CASE NO. 5:06cv24/RS/EMT

CITY OF PARKER FLORIDA, et al,

        Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 7).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice for plaintiff's failure to comply with an order of this court.

3. The clerk is directed to close the file.

ORDERED on May 18, 2006.

                                              **/S/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**